Elizabeth Doubler, Plaintiff-Appellant, v. Harry Doubler and Irvin Doubler, Executors of Last Will and Testament of William Doubler, Deceased, Defendants-Appellees.

**Gen. No. 10,429.** 

L. A. Jayne, for appellant; Thos. H. Hicks, for appellees. Opinion by JUSTICE BRISTOW. **Not to be published in full.** Opinion filed December 27, 1950; rehearing denied July 17, 1951; released for publication July 17, 1951; order of July 17, 1951 denying petition for rehearing vacated September 17, 1951; rehearing again denied October 2, 1951; released again for publication October 2, 1951.